IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TONYA MARSALIS**  PLAINTIFF

V.  NO. 4:20-CV-188-DMB-DAS

**COMMISSIONER OF SOCIAL SECURITY**  DEFENDANT

## ORDER

On October 27, 2020, Tonya Marsalis filed a complaint in the United States District Court for the Northern District of Mississippi seeking judicial review of the decision of the Commissioner of Social Security denying her claim for supplemental security income and/or disability insurance benefits. Doc. #1. On August 13, 2021, the Commissioner moved to remand this case pursuant to sentence four of 42 U.S.C. § 405(g). Doc. #19. No response to the motion was filed and the time to respond has passed.

As grounds for remand, the Commissioner represents that the final administrative decision from which Marsalis is appealing "did not address medical treatment for cardiac symptoms in August 2018 … [which is] a new medical condition." Doc. #20 at 1. In light of this failure, the Commissioner has concluded that this case should be remanded to allow for consideration of such medical treatment. *Id.* at 4.

Upon consideration, the motion to remand [19] is **GRANTED**. The final administrative decision is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g). This case is **CLOSED.**

**SO ORDERED**, this 7th day of September, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**